# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gold, Steven M. | U.S. District Court EDNY | 01/19/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final | 01/01/2020<br>**to**<br>01/04/2021 |
| | **5b.** ☐ Amended Report | |

**7. Chambers or Office Address**

U.S. District Court
225 Cadman Plaza East Chambers 1217S
Brooklyn, New York 11201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | �largegrey▬ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/4/19 | JAMS - to commence employment some time in late Janaury 2021. This has been reported to the AO pursuant to the Stock Act. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gold, Steven M.** | 01/19/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Salary/Executive Director, ▆▆▆▆▆▆▆▆▆▆ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 01/19/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gold, Steven M.** | 01/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.    CHASE CHECKING | A | Interest | J | T | | | | | |
| 2.    CHASE PLUS SAVING | A | Interest | M | T | | | | | |
| 3.    CHASE DYNAMIC YIELD STRAT. | | | | | | | | | |
| 4.    -Cohen & Steers Pref's Sec & Inc | A | Int./Div. | J | T | Buy (add'l) | 03/16/20 | J | | |
| 5. | | | | | Sold (part) | 03/24/20 | J | A | |
| 6.    Matthews Asia Divided | A | Int./Div. | J | T | Buy (add'l) | 02/27/20 | J | | |
| 7. | | | | | Sold (part) | 03/24/20 | J | A | |
| 8.    Blackrock High Yield Bond | A | Int./Div. | J | T | Sold (part) | 03/10/20 | J | A | |
| 9. | | | | | Sold (part) | 03/24/20 | J | A | |
| 10.    - Doubleline Total Return | A | Int./Div. | J | T | Sold (part) | 03/09/20 | J | A | |
| 11. | | | | | Sold (part) | 03/24/20 | J | A | |
| 12.    TRP Inst Floating Rate | A | Int./Div. | | | Sold | 03/24/20 | K | A | |
| 13.    -Metropolitan West Funds | A | Int./Div. | J | T | | | | | |
| 14.    Lord Abbett Invt Tr | A | Int./Div. | J | T | Sold (part) | 03/24/20 | J | A | |
| 15.    Federated Inst Hi Yld Bond | A | Int./Div. | J | T | Sold (part) | 03/24/20 | J | A | |
| 16.    Nuveen Invt Tr V Pfd Secs Cl R | A | Int./Div. | J | T | Sold (part) | 03/24/20 | J | A | |
| 17.    John Hancock II Str Inc I | A | Interest | | | Sold | 03/23/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 01/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.    Pimco Mortgage Opportunities | A | Int./Div. | J | T | Buy<br>(add'l) | 03/09/20 | J | | |
| 19. | | | | | Sold<br>(part) | 03/24/20 | J | A | |
| 20.    Muzinch Low Durat- Supr Inst | A | Int./Div. | J | T | Sold<br>(part) | 03/24/20 | J | A | |
| 21.    Metropolitan West t/r | A | Int./Div. | | | Sold | 03/24/20 | K | A | |
| 22.    MFS Ser Tr III Muni | A | Int./Div. | J | T | Sold<br>(part) | 03/24/20 | J | A | |
| 23.    MFS Municipal High | A | Int./Div. | J | T | | | | | |
| 24.    Vanguard Div Appr | A | Int./Div. | J | T | Sold<br>(part) | 01/10/20 | J | A | |
| 25. | | | | | Sold<br>(part) | 03/11/20 | J | A | |
| 26. | | | | | Sold<br>(part) | 03/18/20 | J | A | |
| 27. | | | | | Sold<br>(part) | 03/25/20 | J | A | |
| 28.    Pimco Dynamic Bond | A | Int./Div. | J | T | Sold<br>(part) | 03/24/20 | J | A | |
| 29.    Mainstay McKay High Yield | A | Int./Div. | J | T | Sold<br>(part) | 03/24/20 | J | A | |
| 30.    Hartford Mut Funds Core Equity | A | Int./Div. | J | T | Sold<br>(part) | 03/10/20 | J | A | |
| 31. | | | | | Sold<br>(part) | 03/17/20 | J | A | |
| 32. | | | | | Sold<br>(part) | 03/24/20 | J | A | |
| 33.    Ishares Short Term Corp Bond | A | Int./Div. | | | Sold | 03/25/20 | J | A | |
| 34.    Fidelity Real Est Inc | A | Int./Div. | J | T | Sold<br>(part) | 03/24/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 01/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Ishares Treasury Bond | A | Int./Div. | J | T | Buy<br>(add'l) | 03/11/20 | J | | |
| 36. | | | | | Sold<br>(part) | 03/17/20 | J | A | |
| 37. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 38. | | | | | Sold<br>(part) | 03/25/20 | K | A | |
| 39. Pear Tree Polaris Foreign Val | A | Int./Div. | | | Sold | 02/28/20 | J | A | |
| 40. VANGUARD HEALTHCARE FUND IRA | D | Dividend | M | T | | | | | |
| 41. T ROWE PRICE RTMNT. PLAN | | | | | | | | | |
| 42. - T Rowe Price Personal Strategy(renamed Spectrum) Fund 403(b) | D | Dividend | M | T | | | | | |
| 43. - T Rowe Price Health Sciences Fund 403(b) | D | Dividend | M | T | | | | | |
| 44. - T Rowe Price Prime Reserve(renamed Govt) Fund 403(b) | A | Dividend | K | T | | | | | |
| 45. REFORM PENSION BOARD 403(b) | | | | | | | | | |
| 46. -Ref. Pens Bd. Apprecn &Inc. Fund 403(b) | C | Int./Div. | O | T | Buy<br>(add'l) | 01/01/20 | K | | |
| 47. -Reform Jewish Values Fund | B | Int./Div. | L | T | Buy<br>(add'l) | 01/01/20 | J | | |
| 48. UBS WEALTH MNGMNT ACCT | | | | | | | | | |
| 49. Vanguard S&P 500 X | A | Dividend | L | T | | | | | |
| 50. Three Certificates of Deposit X | A | Interest | K | T | Matured<br>(part) | 01/21/20 | J | A | |
| 51. Cash | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. City of NY Muni Bonds | A | Int./Div. | K | T | Buy | 04/20/20 | K | | |
| 53. Costco Wholeal Stock | A | Int./Div. | K | T | Buy | 04/20/20 | K | | |
| 54. Merk Stock | A | Int./Div. | J | T | Buy | 04/20/20 | J | | |
| 55. Nextera Energy Stock | C | Int./Div. | M | T | Buy | 04/20/20 | M | | |
| 56. UBS IRA | | | | | | | | | |
| 57. Cash | A | Int./Div. | L | T | Buy | 10/15/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Gold, Steven M.** | 01/19/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, Lines 3, 41, 45, 48, and 56 are headers.

2) The acquisitions for the Reform Pension Board accounts reported on Lines 81-83 are stated in this report as having been made on January 1, 2020, as a matter of convenience only; the acquisitions were in fact made on multiple occasions throughout the year as part of ▓▓▓▓▓ employer contributions and payroll deductions. The precise dates are irregular and not readily available to me.

3) I described the acquisitions on lines 52-55 and 57 with the term "buy." This is somewhat inaccurate; these assets were held by ▓▓▓▓▓▓ who passed away in April 2020 and were subsequently inherited by ▓▓▓▓ (there was, as the acquisition dates suggest, a delay in transferring the IRA account). There does not seem to be a drop down choice to select for an inheritance other than "buy."

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 01/19/2021 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:  s/ Steven M. Gold**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544